IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 22–cr-30119-SMY |
| | ) |
| BRENTON D. BLISS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**YANDLE, District Judge:**

Defendant Brenton D. Bliss was sentenced on August 2, 2023, to 60 months imprisonment for Distribution of a Controlled Substance: Methamphetamine (Doc. 38). Now before the Court is Bliss' Motion for Leave to Appeal *in Forma Pauperis* ("IFP") (Doc. 41).

A motion for leave to appeal IFP in a criminal case is governed by the Criminal Justice Act, 18 U.S.C. § 3006A. The only inquiry that is relevant is a defendant's financial ability to retain counsel. *United States v. Dunham*, 922 F.3d 847 (7th Cir. 2019) (Wood, C.J., in chambers). Bliss has provided necessary details regarding his financial condition, from which the Court finds that he is indigent and unable to retain counsel (Doc. 41). Accordingly, his Motion for Leave to Proceed on Appeal IFP is **GRANTED**.

IT IS SO ORDERED.

DATED: August 10, 2023

*[signature]*

_____
**STACI M. YANDLE**
**United States District Judge**